## Webb v. The State.

APPEAL from Mobile City Court.

Tried before the Hon. O. J. SEMMES.

No counsel marked as appearing for appellant.

WM. C. FITTS, Attorney-General, for the State.

The appellant was convicted of resisting an officer. Judgment affirmed.
Opinion by HARALSON, J.

---

## Powell v. May.

APPEAL from Circuit Court of Montgomery.

Tried before the Hon. JOHN R. TYSON.

RICHARDSON & REESE, for appellant.

DAVID T. BLAKEY, *contra.*

This was a statutory action of ejectment, brought by the appellant, Virginia D. Powell, against the appellees. The plaintiff appeals from a judgment for the defendant. Judgment affirmed.
Opinion by McCLELLAN, J.